# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SHANNON DAVENPORT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> NANCY BERRYHILL, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Civil No. 1:16-cv-420-NT |

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On June 25, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. Recommended Decision (ECF No. 21). The Plaintiff filed an objection to the Recommended Decision on July 10, 2017 (ECF No. 22). The Commissioner filed a response to the objection on July 24, 2017 (ECF No. 23). The Plaintiff filed a reply on July 27, 2017 (ECF No. 24).

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's Decision is **AFFIRMED**. The

Plaintiff's request for oral argument is **DENIED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 29th day of September, 2017